**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00358-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OSCAR CUEVA,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On May 15, 2012, the probation officer submitted a petition for early termination of supervised release in this case. On May 15, 2012, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on May 15, 2012. On May 23, 2012, the United States filed a Non-Opposition to Early Termination [Doc. #142]. Accordingly, it is

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 29th day of May, 2012.

        BY THE COURT:

        *Bob Blackburn*
        Robert E. Blackburn
        United States District Judge